An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DIEGO S.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ROBERT TEUTON, DISTRICT JUDGE,
Respondents,
and
DEPARTMENT OF FAMILY
SERVICES; AND TINA S., A.S.,
Real Parties in Interest.

No. 68752

**FILED**

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging the district court clerk's rejection of a peremptory challenge as untimely under SCR 48.1(3)(b).

Having considered the petition and the documentation provided to this court, we conclude that petitioner has not met his burden of demonstrating that our intervention by extraordinary writ relief is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). In particular, we note that petitioner submitted the peremptory challenge on March 23, 2015, and it was rejected the following day. Petitioner filed this writ petition on September 2, 2015, and does not explain why he waited over five months to challenge events that occurred in March. Moreover, petitioner states that an adjudicatory trial on the underlying petition under NRS Chapter 432B was scheduled for June 19, 2015, but petitioner does not indicate

15-27640

whether that trial has occurred or whether the juvenile court has heard or ruled on the merits of the case. Accordingly, we deny this writ petition. *See* NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan*, 120 Nev. at 228, 88 P.3d at 844; *see also Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court).

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Robert Teuton, District Judge, Family Court Division
       Aaron Grigsby
       Clark County District Attorney/Juvenile Division
       Willick Law Group
       Eighth District Court Clerk